# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Leon Henry Carter, III,  Civil No. 11-2451(RHK/LIB)

    Plaintiff,  **ORDER**

vs.

Ralph Clark,

    Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  August 29, 2011

    s/Richard H. Kyle
    RICHARD H. KYLE
    United States District Judge