## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Leon Henry Carter, III,

                Plaintiff,

                                        Civ. No. 11-2451 (RHK/LIB)
                                        **ORDER**

v.

Ralph Clark,

                Defendant.

This matter is before the Court *sua sponte*. Defendant has filed a Motion for Judgment on the Pleadings (Doc. No. 12) in this action, which is scheduled to be heard by the undersigned on November 18, 2011. Having reviewed the parties' Motion papers and memoranda, the Court does not believe that oral argument will materially assist its resolution of the Motion.

Accordingly, **IT IS ORDERED** that the hearing on Defendant's Motion currently scheduled for November 18, 2011, is **CANCELED**, and the Motion is deemed submitted based upon the written submissions as of November 7, 2011, the date of Defendant's Reply Memorandum.

Dated: November 8, 2011                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge